UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-cv-20973-LEIBOWITZ/TORRES

**FEDERAL TRADE COMMISSION**,

    *Plaintiff,*

v.

**CLICK PROFIT, LLC,** *et al.*,

    *Defendants.*

_____/

## **ORDER**

The Court held a video conference on March 18, 2025, at which counsel for Plaintiff and Defendants appeared as well as the Receiver Maria Yip and her counsel. [*See* ECF No. 48]. The Court made rulings at the March 18 video conference (without objection), which are memorialized in this Order. It is hereby **ORDERED** as follows:

1. Any Defendant seeking to modify or dissolve the Temporary Restraining Order shall file a motion **no later than Friday, March 21, 2025, at 11:59 P.M. EST**.

2. The FTC and the Receiver may respond to any motion **no later than Tuesday, March 25, 2025, at 11:59 P.M. EST**.

3. A hearing is scheduled on any motions to modify or dissolve the Temporary Restraining Order for <u>Wednesday, March 26, 2025, at 6:00 P.M.</u>  For each party, at least one counsel of record must attend the conference <u>in person at the United States Courthouse, 299 E. Broward Boulevard, Courtroom 202A, Fort Lauderdale, Florida 33301</u>.

4. Counsel for Ecom Direct LLC shall file a notice of appearance on the docket **no later than Friday, March 21, 2025**.

**DONE AND ORDERED** in the Southern District of Florida on March 18, 2025.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record